

FILED

08/24/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0006

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 18-0006

_____

FILED

AUG 2 4 2020

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

                                   O R D E R

TREVOR JOSEPH MERCIER,

    Defendant and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for oral argument before the Court sitting en banc and is hereby set for argument on Wednesday, October 14, 2020, at 9:30 a.m. in the Courtroom of the Montana Supreme Court, Joseph P. Mazurek Justice Building, Helena, Montana.

IT IS FURTHER ORDERED that pursuant to M. R. App. P. 17(3), oral argument times in this cause number shall be forty (40) minutes for the Appellant and thirty (30) minutes for the Appellee.

IT IS FURTHER ORDERED that oral argument shall be directed to the following issue:

> Was Mercier denied his rights under both the United States and Montana Constitutions to be confronted face-to-face by the witnesses against him when the State was allowed to present a foundational witness in real time by the use of a two-way video communication system?

Counsel should be mindful of the provisions of M. R. App. P. 17(6).

Any counsel wishing to participate in argument remotely shall contact the Clerk of Court to make arrangements.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Matthew Cuffe, District Judge.

DATED this 24 day of August, 2020.

For the Court,

By _____
Chief Justice